IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40984
Summary Calendar
_____

DONALD WAYNE HULL,

Plaintiff-Appellant,

versus

J. MUEHLER; L.P. GRIFFIN; U.P. MCBEE,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 5:97-CV-336
- - - - - - - - - -
December 6, 2000

Before JOLLY, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]

Donald Wayne Hull, Texas prisoner # 673637, seeks to appeal
the district court's summary judgment in favor of defendants and
its dismissal with prejudice of his 42 U.S.C. § 1983 complaint
alleging deliberate indifference to his serious medical needs and
wrongful housing placement with inmates of a higher security
classification.  However, Hull's notice of appeal was untimely.
This court therefore lacks jurisdiction over this appeal, and it
is hereby dismissed.  See Dison v. Whitley, 20 F.3d 185, 186 (5th
Cir. 1994).

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

APPEAL DISMISSED.